```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jason Johnson,

           Plaintiff,

  –v–

City of New York, *et al.*,

           Defendants.

18-cv-9600 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference currently scheduled for July 24, 2020 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: July 17, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge